IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLASSICAL MUSIC INSTITUTE, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. SA-22-CA-1196-FB |
| § | |
| AMERICAN FEDERATION OF § MUSICIANS – LOCAL 23, § § | |
| Defendant. § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (docket no. 18), filed by the parties on February 13, 2023. This matter was administratively closed (docket no. 15) on November 14, 2022.

In their Joint Stipulation of Dismissal Without Prejudice (docket no. 18), the parties, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal without prejudice of this lawsuit, with all parties to bear their own costs and fees.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (docket no. 15) is LIFTED for the limited purpose of reopening this case so that this Order of Dismissal Without Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to the parties' Joint Stipulation of Dismissal Without Prejudice (docket no. 18) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE, with all parties to bear their own costs and fees.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 14th day of February, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE